**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH McQUIRTER; JOSEPH L. McQUIRTER, DDS, INC., | Case No. CV 21-4423 PA (RAOx) |
| Plaintiffs, | JUDGMENT OF DISMISSAL |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; MORTON ROSENBERG, DDS, | |
| Defendants. | |

In accordance with the Court's August 24, 2021 Minute Order dismissing this action for improper venue, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: August 24, 2021

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE